UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEBTOR: WANDA F. WATSON　　　　　:　Chapter 13
　　　　　　　　　　　　　　　　　　　　:
SS#:  1361　　　　　　　　　　　　　　　:　Case NO.

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of **$1,000.00 MONTHLY** (If the payments change over time include the following.) These plan payments change to **NO CHANGE** $_____ weekly/bi-weekly/semi-monthly/monthly on _____ 2006.

2. From the payments so received, the trustee shall make disbursements as follows:

(a)　The trustee percentage fee as set by the United States Trustee.

(b)　The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| GMFS LLC | NOVEMBER, 2009 | $570.00 |

(c)　Pre-confirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| SPIRES AUTO SALES | $75.00 |

(d)　After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| SPIRES AUTO SALES | $5,800.00 | $5,800.00 | 5.25% | 1998 MERCURY SABLE | $300.00 |

e) Attorney fees of **$2,000.00** to be paid as per existing administrative Order of the Court.

(f)　After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows

| NAME OF CREDITOR | ESTIMATED AMT DUE | VALUE | INT. RATE | COLLATERAL |
|---|---|---|---|---|
| GMFS, LLC | $5,500.00 | DEBT | 5.25% | PROPERTY |

(g)　The following collateral is surrendered to the creditor:
NAME OF CREDITOR   DESCRIPTION OF COLLATERAL
NONE

(h)   The following domestic support obligations will be paid over the life of the plan as follows:
(These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of _____ %. Interest can only be included if the plan is proposing to pay all claims in full.)

   NAME OF CREDITOR                                                     PAYMENT AMOUNT
   NONE

(i)   The following unsecured claims are classified to be paid at 100%. These payments will be made simultaneously with payment of the secured debt:
   NONE

(j)   All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.
   **BIBB COUNTY TAX COMMISSIONER FOR GARBAGE PICK-UP $624.65**

(k)   The debtor(s) will be the disbursing agent on the following debts:
   **CITY OF MACON $118.00 COMMENCING OCTOBER, 2009**

(1)   Special provisions: Upon discharge, all non purchase money, non possessory liens and or judicial/statutory/consensual liens in, on. or against any and all property of the bankruptcy estate held by the creditors shall be avoided pursuant to ll U.S.C. Section 522(f) and upon notice of discharge the creditors shall cancel said liens of record within fifteen (15) days of such notice.

(m)   General unsecured creditors whose claims are duly proven and allowed will be paid
      **$88.38** will be assigned to costs.
      The Debtor will pay a dividend of **$5,000.00 or 77%** whichever is less.

Date 8/21/09                                               Debtor _Wanda F. Watson_

                                                           Debtor _____